**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

JASON ARON PRESLEY, a/k/a Ernest
John Young,

     Plaintiff - Appellant,

v.

FEDERAL BUREAU OF
INVESTIGATION; STATE OF UTAH;
STATE OF TENNESSEE; ELVIS
PRESLEY; DEBRA PAGET;
PRESCILLA PRESLEY; LISA PRESLEY;
VERNON PRESLEY; JOE ESPOSITO;
BILL BRADLEY, SR.; BILL BRADLEY,
JR.; RICK STANLEY; BOYD
MORTENSEN; BOYD BUNNELL;
SCOTT JOHANSEN; SAMUEL ALBA;
ROBERT J. SHELBY; BRUCE S.
JENKINS; CLARK WADDOUPS; DICK
DIBBLE; TIM HANSEN; GENERAL
MOTORS; CHRISTINA RICHARD;
ABBOTT CHEMICK; WESTERN
STATES; ATHERTON PARK; DANA
PEYTON; ROY PEYTON; VALINCIA
MORRIS; MOUNTAIN COURTYARD
SUITES; JULIE LOSEY; INN TOWN
SUITES; UTAH MEDICAID;
UNIVERSITY OF UTAH HOSPITAL;
JOHN CHAMBERS; DAVID SMOTKIN;
DANNY KEHOUGH; PRICE POLICE;
CHUCK JENKEN, Carbon Sheriff; RICK
ADAMS; UTAH DEFS; TOM PARSON,

     Defendants - Appellees.

No. 19-4132
(D.C. No. 2:19-CV-00398-HCN)
(D. Utah)

_____

**ORDER AND JUDGMENT**[*]

_____

Before **CARSON**, **BALDOCK**, and **MURPHY**, Circuit Judges.

_____

Plaintiff-Appellant Jason Aron Presley, also known as Ernest John Young, filed a pro se complaint in the United States District Court for the District of Utah in June 2019. The complaint appears to allege several grievances against approximately 44 defendants, including the Federal Bureau of Investigation (FBI), the States of Utah and Tennessee, and Elvis Presley. In his complaint, Plaintiff alleges this is a "capital case of domestic violence by Vernon Presley who murdered Mallissa [sic] and Gladys Presley." In June 2019, the district court granted Plaintiff's application for leave to proceed _in forma pauperis_ (IFP) and waived the prepayment of filing fees pursuant to 28 U.S.C. § 1915. In July 2019, the magistrate judge issued a Report and Recommendation, which recommended the complaint be dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). Later that month, the district court overruled Plaintiff's objection to the magistrate judge's recommendation, adopted the recommendation in its entirety, and dismissed the action with prejudice.

Plaintiff now appeals the final judgment, generally asserting the same rambling allegations concerning, _inter alia_, a murder on Graceland property involving Vernon Presley (Elvis's father), the kidnapping of Plaintiff's children by Lisa Marie Presley

_____

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

2

(Elvis's only child), and attempts by the FBI and courts to keep this "capital case of domestic violence" a secret. In a well-reasoned Report and Recommendation, which the district court wholly adopted, the magistrate judge competently explained why Plaintiff's incredible allegations—even under a liberal interpretation—fail to plausibly support any viable legal claim for relief. For the purpose of resolving this appeal, we have thoroughly reviewed the district court record and Plaintiff's appellate brief, and we discern no reversible error. Where the district court accurately analyzes an issue, we see no useful purpose in writing at length. Therefore, exercising jurisdiction under 28 U.S.C. § 1291, we AFFIRM for substantially the same seasons set forth in the district court's order dismissing Plaintiff's complaint.

Entered for the Court

Bobby R. Baldock
Circuit Judge

3